Hon. Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TODD WALSH,<br><br>    Plaintiff,<br><br>vs.<br><br>CONMED, INC.; *et al.*,<br><br>    Defendants. | No. 3:15-cv-05440-RJB<br><br>ORDER ON JOINT MOTION TO DISMISS INDIVIDUAL MEDICAL PROVIDERS WITH PREJUDICE |

THIS MATTER, having come before the Court on the Parties Joint Motion to Dismiss Individual Medical Providers With Prejudice, the Court having reviewed the records and files herein through recent dispositive motions and pre-trial preparation, and the Court being fully advised in the premises, now, therefore, it is ORDERED that that all causes of action alleged against the individual medical providers, Jenni Zupfor, PA, Lilly Beasley, RN, and Devin Allen, RN are now hereby dismissed with prejudice from the above-captioned matter, and these individual medical providers are hereby dismissed as parties from the case with prejudice.

ENTERED this 9th day of November, 2016.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ON JOINT MOTION TO DISMISS INDIVIDUAL MEDICAL PROVIDERS WITH PREJUDICE - 1
3:15-cv-05440-RJB
walsh v conmed 15-5440 stip dis order.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944